IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN FLEMING,

        Plaintiff,           1: 07 CV 0461 OWW WMW PC

  vs.                          ORDER

GEO GROUP, et al.,

        Defendants.

      On August 11, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim.  The recommendations was based on an earlier order dismissing the complaint with leave to amend.  On August 13, 2008, Plaintiff filed a first amended complaint, on which this action proceeds.

      Accordingly, IT IS HEREBY ORDERED that the August 11, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   September 9, 2008**                  /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE

1